

# IN THE COURT OF CRIMINAL APPEALS OF TEXAS

## NO. WR-89,905-01

### EX PARTE AARON MARGARITO CARRILLO, Applicant

## ON APPLICATION FOR A WRIT OF HABEAS CORPUS
## CAUSE NO. B-11-0524-S-W-1 IN THE 119TH DISTRICT COURT
## FROM TOM GREEN COUNTY

*Per curiam*.

### O R D E R

Pursuant to the provisions of Article 11.07 of the Texas Code of Criminal Procedure, the clerk of the trial court transmitted to this Court this application for a writ of habeas corpus. *Ex parte Young*, 418 S.W.2d 824, 826 (Tex. Crim. App. 1967). Applicant was convicted of burglary of a habitation and sentenced to nine years' imprisonment. He did not appeal his conviction.

Applicant contends in his first and second grounds that he was improperly denied release to discretionary mandatory supervision and that the Board of Pardons and Paroles violated his due process rights. In his third ground, he contends that the discretionary mandatory supervision statute, Government Code § 508.149(a), is unconstitutional.

Applicant's first and second grounds are dismissed as moot. According to the record, he was

released to mandatory supervision on March 29, 2019. His third ground is denied. *See Ex parte Geiken*, 28 S.W.3d 553 (Tex. Crim. App. 2000). Accordingly, this application is dismissed in part and denied in part.

Filed: June 5, 2019
Do not publish